IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:21CR85 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN R. GROGAN, | ) | JOINT PRELIMINARY STATEMENT |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Michelle M. Baeppler and Peter E. Daly, Assistant United States Attorneys, and Defendant Juan R. Grogan, by and through counsel James A. Jenkins, and hereby submit the following proposed joint statement of the case to be read to the panel of potential jurors during *voir dire*:

Defendant Juan R. Grogan has been charged in a two-count Indictment. Counts 1 and 2 of the Indictment arise from conduct alleged to have occurred on or about December 7, 2020. The Indictment alleges in Count 1 that Grogan possessed with intent to distribute 40 grams or more of fentanyl. Count 2 of the Indictment alleges that Grogan possessed a firearm, specifically, a Glock, model 30, .45 caliber pistol, in furtherance of a drug trafficking crime, specifically possession with intent to distribute fentanyl as alleged in Count 1 of the Indictment.

Defendant has entered a plea of not guilty, and therefore has denied these allegations.

                Respectfully submitted,

                CAROL M. SKUTNIK
                Acting United States Attorney

By:   /s/ Michelle M. Baeppler
       Michelle M. Baeppler (OH:  0065378)
       Assistant United States Attorney
       801 West Superior Ave.
       Suite 400
       Cleveland, OH  44113
       (216) 622-3995
       Michelle. Baeppler@usdoj.gov

*Counsel for the United States of America*

JAMES A. JENKINS

/s/ James A. Jenkins
James A. Jenkins (OH: 0005819)
55 Public Square, Suite 2100
Cleveland, OH 44113
(216) 363-6003
(216) 363-6013 (facsimile)
Jajenkins49@hotmail.com

*Counsel for Juan R. Grogan*